WINONA S. BROCK, Respondent, v. R. ALLAN BROCK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

GRACIE SQUARE REALTY CORP. et al., Respondents, v. CHOICE REALTY CORP., Defendant, and 154 EAST 97TH STREET CORP. et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

MINNA JACOBSON, Appellant, v. WESTOVER ASSOCIATES, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

ALBERTA BOGER, Respondent, v. HOTEL GREGORIAN CORPORATION, Appellant.— Order unanimously reversed and the motion to vacate default granted upon condition that defendant pay taxable costs to date and, in addition, pay to plaintiff the sum of $200 for disbursements incurred; and upon the further condition that defendant furnish a surety company bond in the sum of $8,000 to ensure payment of any judgment which may ultimately be obtained. On this record the relief indicated is warranted. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ.

■

HARRY MAGID v. BROOKLYN WOMEN'S HOSPITAL et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 933.]

■

ERNESTINE E. JOSEPH et al., v. CHURCHILL'S TERMINAL RESTAURANT, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 932.]

■

MITCHEL VALCICH v. DEPOT WAREHOUSE REALTY, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See 283 App. Div. 1048.]

■

MURRY P. NOSSITER, Appellant, v. BERNARD D. NOSSITER, Individually and as Successor Trustee, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 1022.]